Erick & Darci Gurule
PO BOX 97551
Las Vegas, NV 89193
702-334-1329
Pro Se Plaintiff

2010 DEC 15 P 2:39

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Erick Acacio Gurule& Darci Gurule

Plaintiffs,

vs.

Guglielmo & Associates
And
Discover Bank

Defendants.

Case No: 2:10-CV-02029-KJD-LRL

**CERTIFICATE OF INTERESTED PARTIES**

Filing a certificate as to Interested Parties, and pursuant to LR 7.1-1, the Undersigned Plaintiffs, Erick & Darci Gurule, certifies that the following have a known interest in the outcome of this case:

PLAINTIFF(S) Erick & Darci Gurule

DEFENDANT(S) Discover Bank

Guglielmo & Associates

These Representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 15th day of December 2010.

Erick Gurule

Darci Gurule

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of December, 2010, a true copy of the foregoing Certificate of Interested Parties (7.1-1) deposited in the U.S. Mail to all parties of interest below:

Erick Gurule

Guglielmo & Asociates
Roberta Ohlinger
3376 S Eastern Ste 188-A
Las Vegas, NV 89169

Discover Bank
502 E Market St.
Greenwood, DE 19950