ORIGINAL ✓

**GUGLIELMO & ASSOCIATES**
Roberta Ohlinger
Nevada Bar #10946
3376 S Eastern Avenue Ste 188-A
Las Vegas NV 89169
(702)889-6009
Attorney for Plaintiff

2010 DEC 21 P 3:20

UNITED STATES DISCTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Discover Bank | ) |
|         Plaintiff, | ) Case No.: 2:201-CV-02020-KJD-LRL |
|   vs. | ) Dept No.: |
| Erick Acacio Gurule & Darci Gurule | ) **NOTICE OF MOTION TO DISMISS** |
|         Defendant(s). | ) **CLAIM I, VIOLATION OF FAIR DEBT** |
| | ) **COLLECTIONS PRACTICES ACT** |

PLEASE TAKE NOTICE that the undersigned will bring Defendant's Motion to Dismiss Claim I, Violation of the Fair Debt Collections Practices Act, on for hearing before Department _____ of the above-entitled Court on the _____ day of _____, 201_, at the hour of _____ am/pm, or as soon thereafter as counsel can be heard.

DATED December 20, 2010.

                                                      GUGLIELMO & ASSOCIATES

                                                      Original Signature

Roberta Ohlinger
Nevada Bar #10946
3376 S Eastern Avenue Ste 188-A
Las Vegas NV 89169
(702)889-6009
Attorney for Plaintiff

Summary of Pleading - 1