**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICK ACACIO GURULE, *et al.*, | |
| Plaintiffs, | Case No. 2:10-CV-02029-KJD-GWF |
| v. | **ORDER** |
| GUGLIELMO & ASSOCIATES, *et al.*, | |
| Defendants. | |

Before the Court is Defendants Guglielmo & Associates and Discover Bank's Motion for Summary Judgment (#23).  No opposition has been filed.

Defendants filed the Motion on March 27, 2012 arguing that summary judgment should be granted on Plaintiffs' Fair Debt Collections Practices Act ("FDCPA") claim since Defendants provided validation as required under FDCPA.  Defendants also claim that they tendered an offer of judgment for the entire amount available as relief to Plaintiffs.

On March 28, 2012, Plaintiffs were provided with notice (#24) of the significance of summary judgment pursuant to Klingele v. Eikenberry and Rand v. Rowland.  Plaintiffs' opposition

was due April 20, 2012.  Plaintiffs have not opposed summary judgment.  Pursuant to Local Rule 7-2, failure to oppose a motion constitutes consent to the granting of the Motion.

The Motion appears to be supported by good cause.  Accordingly, **IT IS HEREBY ORDERED THAT** the Defendants' Motion for Summary Judgment (#23) is **GRANTED**.

DATED this 21st day of May 2012.

_____
Kent J. Dawson
United States District Judge

2